No. D–1208. IN RE DISBARMENT OF BEATY. It is ordered that Henry Murry Beaty, Jr., of Memphis, Tenn., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1209. IN RE DISBARMENT OF WHITE. It is ordered that James Judson White III, of Chestertown, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1210. IN RE DISBARMENT OF WOLF. It is ordered that Barbara L. Wolf, of Fort Lauderdale, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–1211. IN RE DISBARMENT OF MCCLEAN. It is ordered that Craig Alan McClean, of Coraopolis, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1212. IN RE DISBARMENT OF AGUILAR. It is ordered that Humberto Juan Aguilar, of Miami, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1213. IN RE DISBARMENT OF VERIZZO. It is ordered that David Mark Verizzo, of Miami, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1214. IN RE DISBARMENT OF BODELL. It is ordered that Stephen Robert Bodell, of Wickliffe, Ky., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.